UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ICON LASER SOLUTIONS LLC,<br>  Plaintiff,<br>v.<br>ABERCROMBIE & FITCH, CO.,<br>  Defendant. | § § § § § | Civil Action No. 3:15-cv-3308-M |
| ICON LASER SOLUTIONS LLC,<br>  Plaintiff,<br>v.<br>AEROPOSTALE, INC.,<br>  Defendant. | § § § § § | Civil Action No. 3:15-cv-3310-M |
| ICON LASER SOLUTIONS LLC,<br>  Plaintiff,<br>v.<br>AMERICAN EAGLE OUTFITTERS, INC.,<br>  Defendant. | § § § § § | Civil Action No. 3:15-cv-3311-M |
| ICON LASER SOLUTIONS LLC,<br>  Plaintiff,<br>v.<br>DIESEL USA INC.,<br>  Defendant. | § § § § § | Civil Action No. 3:15-cv-3312-M |
| ICON LASER SOLUTIONS LLC,<br>  Plaintiff,<br>v.<br>EXPRESS FASHION OPERATIONS, LLC,<br>  Defendant. | § § § § § | Civil Action No. 3:15-cv-3313-M |

1

| | | |
|---|---|---|
| ICON LASER SOLUTIONS LLC,<br>  Plaintiff,<br>v.<br>GUESS?, INC.,<br>  Defendant. | §<br>§<br>§<br>§<br>§ | Civil Action No. 3:15-cv-3314-M |
| ICON LASER SOLUTIONS LLC,<br>  Plaintiff,<br>v.<br>ICONIX BRAND GROUP INC., ET AL.,<br>  Defendants. | §<br>§<br>§<br>§<br>§ | Civil Action No. 3:15-cv-3315-M |
| ICON LASER SOLUTIONS LLC,<br>  Plaintiff,<br>v.<br>KOHL'S CORPORATION,<br>  Defendant. | §<br>§<br>§<br>§<br>§ | Civil Action No. 3:15-cv-3316-M |
| ICON LASER SOLUTIONS LLC,<br>  Plaintiff,<br>v.<br>LUCKY BRAND DUNGAREES, LLC,<br>  Defendant. | §<br>§<br>§<br>§<br>§ | Civil Action No. 3:15-cv-3318-M |
| ICON LASER SOLUTIONS LLC,<br>  Plaintiff,<br>v.<br>PVH CORPORATION,<br>  Defendant. | §<br>§<br>§<br>§<br>§ | Civil Action No. 3:15-cv-3320-M |

## **ORDER**

The following civil actions are TRANSFERRED to the docket of United States District Court Judge Ed Kinkeade:

1. 3:15-cv-03308-M, Icon Laser Solutions LLC v Abercrombie & Fitch, Co.;

2. 3:15-cv-03310-M, Icon Laser Solutions LLC v. Aeropostale, Inc.;

3. 3:15-cv-03311-M, Icon Laser Solutions LLC v. American Eagle Outfitters, Inc.;

4. 3:15-cv-03312-M, Icon Laser Solutions LLC v. Diesel USA, Inc.;

5. 3:15-cv-03313-M, Icon Laser Solutions LLC v. Express Fashion Operations, LLC;

6. 3:15-cv-03314-M, Icon Laser Solutions LLC v. Guess?, Inc.;

7. 3:15-cv-03315-M, Icon Laser Solutions LLC v. Iconix Brand Group Inc., et al;

8. 3:15-cv-03316-M, Icon Laser Solutions LLC v. Kohl's Corporation;

9. 3:15-cv-03318-M, Icon Laser Solutions LLC v. Lucky Brand Dungarees, LLC; and

10. 3:15-cv-03320-M, Icon Laser Solutions LLC v. PVH Corporation.

Going forward, these cases, and all filings made therein, will be designated by the letter suffix "K," rather than the letter suffix "M."

**SO ORDERED.**

Dated: November 2, 2015

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

3