**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **ICON LASER SOLUTIONS, LLC,**<br><br>                              Plaintiff,<br>**v.**<br><br>**KOHL'S CORPORATION,**<br><br>                              Defendant. | Civil Action No. 3:15-cv-3316-K |

### STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) AGAINST DEFENDANT

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Icon Laser Solutions, LLC ("Icon") and Kohl's Corp. ("Kohl's") (collectively "the Parties") hereby stipulate to the dismissal with prejudice of all claims asserted by Icon against Kohl's in this action, with each side to bear its own fees and costs.

1

| | |
|---|---|
| Dated:  March 14, 2016 | Respectfully submitted, |
| /s/ *Timothy E. Grochocinski* | */s/ Neil J. McNabnay* |
| Timothy E. Grochocinski | Neil J. McNabnay |
| Illinois State Bar No. 6295055 | nfm@fr.com |
| Missouri State Bar No. 59607 | Texas Bar No. 24002583 |
| Joseph P. Oldaker | Ricardo J. Bonilla |
| Illinois State Bar No. 6295319 | rbonilla@fr.com |
| NELSON BUMGARDNER, P.C. | Texas Bar No. 24082704 |
| 15020 Ravinia Ave., Suite 29 | |
| Orland Park, IL 60462 | FISH & RICHARDSON P.C. |
| P: (708) 675-1975 | 1717 Main Street, Suite 5000 |
| F: (708) 675-1786 | Dallas, Texas 75201 |
| Tim@nelbum.com | (214) 747-5070 (Telephone) |
| Joseph@nelbum.com | (214) 747-2091 (Facsimile) |

Edward R. Nelson, III
Texas State Bar No. 00797142
NELSON BUMGARDNER, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
P: (817) 377-9111
F: (817) 377-3485
ed@nelbum.com

## CERTIFICATE OF SERVICE

    I hereby certify that on March 14, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be served on the Defendant via email to counsel representing said Defendant via the Court's CM/ECF system.

                                                                                */s/ Timothy E. Grochocinski*
                                                                                 Timothy E. Grochocinski